AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Middle District of Florida

AMADOU WANE,                              )
_____          )
            *Plaintiff*                   )
                                          )      Civil Action No. 8:10 CV 1346 17 MAP
            v.                            )
ALL CHILDRENS HOSPITAL,                   )
a Florida Non-Profit Corporation          )
_____          )
            *Defendant*                   )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALL CHILDREN'S HOSPITAL
                                      c/o Gary A. Carnes
                                      801 Sixth Street South
                                      St. Petersburg, FL 33701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Craig L. Berman, Esq.
                                      111 Second Avenue N.E.; Suite 706
                                      St. Petersburg, FL 33701
                                      (727) 550-8989

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 6 2010
                                      _____
                                      *Signature of Clerk or Deputy Clerk*