**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**AMADOU WANE,**

        **Plaintiff,**

vs.                                      Case No.    8:10-cv-01346-EAK-MAP

**ALL CHILDREN'S HOSPITAL,**
a Florida Non-Profit Corporation

        **Defendant.**
_____/

**NOTICE OF SETTLEMENT**

    NOTICE IS HEREBY GIVEN that the parties, AMADOU WANE and ALL CHILDREN'S HOSPITAL have reached an amicable voluntary settlement of all claims in the above referenced caption.

                                                  */s/ Craig L. Berman*
                                                  Craig L. Berman, Esquire
                                                  BERMAN LAW FIRM, P.A.
                                                  Fla. Bar No. 068977
                                                  111 2nd Avenue N.E., Suite 706
                                                  St. Petersburg, FL 33701
                                                  Phone: (727) 550-8989
                                                  Fax: (727) 894-6251
                                                  Cberman@tampabay.rr.com

                                                  ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on February 2, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to: Laura Prather, Esq.

                                                   /s/ Craig L. Berman
                                                   Attorney